**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael S. SOFIDIYA, Sr.,**
**Defendant–Appellant.**

**No. 01–6700.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Michael S. Sofidiya, Sr., pro se. Stephen P. Learned, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WILLIAMS, MICHAEL and MOTZ, Circuit Judges.

PER CURIAM.

Michael S. Sofidiya seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Sofidiya*, Nos. CR–97–21–A; CA–99–1600–AM (E.D.Va. Feb. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*